

# NUMBER 13-25-00490-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE LYFT, INC.

## ON PETITION FOR WRIT OF MANDAMUS

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices Cron and Fonseca
Memorandum Opinion by Justice Cron[1]**

Relator Lyft, Inc. has filed an "Unopposed Motion to Dismiss Petition for Writ of Mandamus" in the above-referenced cause. Relator asserts that the parties have fully and finally resolved all issues in dispute between them, and relator thus requests that we dismiss this original proceeding with prejudice.

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so. When granting relief, the court must hand down an opinion as in any other case."); *id.* R. 47.4 (distinguishing opinions and memorandum opinions).

The Court, having examined and fully considered the petition for writ of mandamus and the unopposed motion to dismiss, is of the opinion that relator's unopposed motion to dismiss should be granted. *See In re Contract Freighters, Inc.*, 646 S.W.3d 810, 813 (Tex. 2022) (orig. proceeding) (per curiam); *Heckman v. Williamson County*, 369 S.W.3d 137, 162 (Tex. 2012); *In re Kellogg Brown & Root, Inc.*, 166 S.W.3d 732, 737 (Tex. 2005) (orig. proceeding). Accordingly, having previously abated this matter, we now reinstate this original proceeding. We lift the stay previously imposed in this case. *See* TEX. R. APP. P. 52.10. We grant relator's unopposed motion to dismiss. We dismiss the petition for writ of mandamus as moot. *See In re Contract Freighters, Inc.*, 646 S.W.3d at 813; *Heckman*, 369 S.W.3d at 62; *In re Kellogg Brown & Root, Inc.*, 166 S.W.3d at 737. This dismissal is with prejudice.

JENNY CRON
Justice

Delivered and filed on the
12th day of November, 2025.

2